787 A.2d 878

IN THE MATTER OF JAMES J. GILLESPIE,
JR., AN ATTORNEY AT LAW.

January 10, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–385, concluding that as a matter of reciprocal discipline, **JAMES J. GILLESPIE, JR.,** of **LAFAYETTE HILL, PENNSYLVANIA,** who was admitted to the bar of this State in 1982, should be suspended from the practice of law for a period of two years based on discipline imposed by the Supreme Court of Pennsylvania on April 10, 2000, for conduct constituting violations of *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JAMES J. GILLESPIE, JR.,** is suspended from the practice of law for a period of two years and until the further Order of the Court, effective April 10, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter